[No. 67339-4-I.   Division One.   November 26, 2012.]

STEVEN RAYMOND, *Appellant*, v. DAVID LEE CRAIG, JR., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-21612-0, Jay V. White, J., entered June 3, 2011. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 29888-4-III.   Division Three.   November 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM T. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 10-1-00375-5, Lesley A. Allan, J., entered April 27, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 28721-1-III.   Division Three.   November 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY JAVON WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-1-00804-7, Cameron Mitchell, J., entered December 17, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Kulik, JJ.

[Nos. 29751-9-III; 29798-5-III.   Division Three.   November 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL MATTHEW GROVES, *Appellant*.

Appeals from a judgment of the Superior Court for Kittitas County, No. 09-1-00317-2, Michael E. Cooper, J., entered February 22, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.